**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1544**

_____

DEAFUEH MONBO; JUAHDI MONBO,

                Plaintiffs - Appellants,

       v.

ANGELA D. CAESAR, individually and in her official capacity; JACQUELINE M. FRANCIS, individually and in her official capacity,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:21-cv-01230-MSN-TCB)

_____

Submitted:  September 8, 2022                              Decided:  September 12, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Deafueh Monbo and Juahdi Monbo, Appellants Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deafueh and Juahdi Monbo seek to appeal the district court's order denying without prejudice their motions for default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
